UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal Case No. 1:21-cr-201-JL-01 |
| v. ) | |
| ) | |
| KEVIN SCOTT ) | |
| ) | |

### INDICTMENT

**The Grand Jury charges:**

### COUNT ONE

**[21 U.S.C. §§ 856(a)(1)**

**Using and Maintaining Drug-Involved Premises]**

Beginning no later than in or around May 2021 and continuing through on or about August 5, 2021, in the District of New Hampshire, the defendant,

KEVIN SCOTT,

did knowingly rent, use, and maintain a place, namely, 8 Woodland Drive, Apartment 2, Litchfield, New Hampshire, for the purpose of manufacturing a controlled substance, specifically, cocaine base, otherwise known as "crack cocaine," a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 856(a)(1).

### COUNT TWO

**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C)**
**Possession with Intent to Distribute Cocaine, Cocaine Base, and Fentanyl]**

On or about August 5, 2021, in the District of New Hampshire, the defendant,

KEVIN SCOTT,

did knowingly and intentionally possess with intent to distribute controlled substances, specifically, cocaine, cocaine base, otherwise known as "crack cocaine," and fentanyl, each of which is a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) & 841(b)(1)(C).

## COUNT THREE

**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C)
Possession with Intent to Distribute Cocaine and Cocaine Base]**

On or about August 5, 2021, in the District of New Hampshire, the defendant,

KEVIN SCOTT,

did knowingly and intentionally possess with intent to distribute controlled substances, specifically, cocaine and cocaine base, otherwise known as "crack cocaine," both of which are Schedule II controlled substances.

In violation of Title 21, United States Code, Sections 841(a)(1) & 841(b)(1)(C).

## COUNT FOUR

**[18 U.S.C. §§ 922(g)(1) & 924(a)(2)
Possession of a Firearm by a Prohibited Person]**

On or about August 5, 2021, in the District of New Hampshire, the defendant,

KEVIN SCOTT,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate and foreign commerce a firearm, namely, a Glock, Model 19 Gen3, 9 mm caliber pistol bearing serial number VFM667.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT FIVE

**[18 U.S.C. § 924(c)(1)(A)(i)
Carrying and Possession of a Firearm
in Furtherance of a Drug Trafficking Crime]**

On or about August 5, 2021, in the District of New Hampshire, the defendant,

KEVIN SCOTT,

did knowingly carry and possess a firearm, namely, a Glock, Model 19 Gen3, 9 mm caliber pistol bearing serial number VFM667, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, Possession with Intent to Distribute Controlled Substances as charged in Count 3 of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## NOTICE OF FORFEITURE

Upon conviction of the offense alleged in Count One of this Indictment, the defendant shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the charged offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the charged offense.

Upon conviction of one or more of the offenses alleged in Counts One through Five of this Indictment, the defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition used, or intended to be used, to commit, or to facilitate the commission of the charged offense.

A TRUE BILL

Dated: December 13, 2021

/s/ Foreperson
Foreperson of the Grand Jury

JOHN J. FARLEY
Acting United States Attorney

By:  /s/ Aaron G. Gingrande
Aaron G. Gingrande
Assistant U.S. Attorney